UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Newark Vicinage

| | |
|---|---|
| DANIEL GARRAHY and DAFNA GARRAHY,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ABC CORPS 1-10,<br><br>Defendants. | CIVIL ACTION NO. 2:24-cv-04257 |

## CORPORATE DISCLOSURE STATEMENT

In compliance with Federal Rule of Civil Procedure Rule 7.1, Allstate Fire and Casualty Insurance Company, improperly pled as Allstate Property and Casualty Insurance Company, files this Corporate Disclosure Statement to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal. The undersigned counsel for Allstate Fire and Casualty Insurance Company certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

Allstate Fire and Casualty Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company. Allstate Insurance Holdings, LLC, is a wholly-owned subsidiary of The Allstate

Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly held entity owns 10% or more of the stock of The Allstate Corporation.

                          Respectfully submitted,

                          /s/ Jeffrey A. Carr
                          Jeffrey A. Carr
                          Kristin H. Jones
                          Nicole E. Crossey
                          **TROUTMAN PEPPER HAMILTON SANDERS LLP**
                          *Attorneys for Defendant Allstate Fire*

Dated:   March 27, 2024        *& Casualty Insurance Company*